**UNITED STATES of America, Plaintiff–Appellee.**

v.

**Heriberto LATIGO, Defendant–Appellant.**

**No. 15–20386**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 24, 2015.

Paula Camille Offenhauser, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Walter Ellsworth Cubberly, Federico Reynal, Stradley, Davis & Reynal, L.L.P., Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Heriberto Latigo appeals from the district court's denial of his motion to revoke the magistrate judge's order of detention pending his trial on criminal stalking charges. *See* 18 U.S.C. §§ 2261A(2)(B), 3142, 3145.

The evidence as a whole supports the district court's determination that Latigo, over the internet and in person, has en-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

gaged in conduct designed to "cause substantial emotional distress," 18 U.S.C. § 2261A(2)(B), to the victim and presents a physical threat to her and that he would continue to do so if released pending trial. *See* § 3142; *United States v. Rueben,* 974 F.2d 580, 586 (5th Cir.1992). The evidence further supports the district court's conclusion that Latigo poses a flight risk. *See* § 3142; *Rueben,* 974 F.2d at 586.

The decision of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.